UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CVS CORPORATION,

        Plaintiff,

   v.

NORTH BOSTON MARKET, et al.

        Defendants.

**DISMISSAL ORDER**

03-CV-309S(Sr)

---

    This Court having been advised that the above-captioned case has been settled.

    IT HEREBY IS ORDERED that this case is DISMISSED.

    FURTHER, the parties are directed to file with the Clerk of the Court a stipulation of discontinuance on or before September 16, 2005.

    SO ORDERED.

Dated: July 27, 2005
       Buffalo, New York

                         /s/William M. Skretny
                         WILLIAM M. SKRETNY
                     United States District Judge